UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,      07 Civ. 3549 (DAB)(GAY)
                                      ADOPTION OF REPORT AND
                                      RECOMMENDATION

                -against-

LEONARD T. KEFF,

                Defendant.
------------------------------------x
DEBORAH A. BATTS, United States District Judge.

      This matter is before the Court upon a Report and Recommendation ("Report") of United States Magistrate Judge George A. Yanthis, which was filed September 16, 2011. Plaintiff seeks to reduce to judgment tax assessments against Mr. Keff totaling $205,390.85. The Report recommends that Plaintiff's Motion for Summary Judgment be GRANTED.

      According to 28 U.S.C. § 636(b)(1)(C), "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. Rule 72(b)(2) (stating that "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations"). Despite being advised accordingly in Judge Yanthis' Report and Recommendation, to date, no objections to the Report have been filed.

Having reviewed the Report, and finding no clear error on the face of the record, see 28 U.S.C. § 636(b)(1)(B), it is hereby

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation, Docket Entry No. 26, of United States Magistrate Judge George A. Yanthis, dated September 16, 2011, be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Plaintiff's Motion for Summary Judgment, Docket Entry No. 21, is GRANTED;

3. The Clerk of Court shall enter a Judgment in favor of Plaintiff and against Defendant in the amount of $205,390.85; and

4. The Clerk of Court is directed to CLOSE the docket in this case.

SO ORDERED.

DATED:   New York, New York
         October 19, 2011

                                        Deborah A. Batts
                                        United States District